DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FOURTH DISTRICT

**COSMETIC SOLUTIONS, LLC,**
Appellant,

v.

**DANIEL BRINK,**
Appellee.

No. 4D22-2779

[April 13, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Harper, Judge; L.T. Case No. 502022CA002581.

Bernardo Burstein of Burstein & Associates, P.A., North Miami Beach, for appellant.

Gregory S. Sconzo of Sconzo Law Office, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***